IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. CCB-16-606 |
| | * | |
| TIMOTHY ALLEN MCNEAL, | * | |

## VERDICT FORM

We the jury find as follows with respect to United States v. Timothy Allen McNeal:

1. On Count One of the Indictment charging Timothy Allen McNeal with Conspiracy to Commit Hobbs Act Robbery, we find the defendant:

    _____    \_\_\_X\_\_\_\_
    Not Guilty        Guilty

2. On Count Two of the Indictment charging Timothy Allen McNeal with Armed Bank Robbery, we find the defendant:

    _____    \_\_\_X\_\_\_\_
    Not Guilty        Guilty

IF YOU ANSWERED "NOT GUILTY," AS TO ARMED BANK ROBBERY, ANSWER QUESTION 3 BUT SKIP QUESTIONS 4 and 5. IF YOU ANSWERED GUILTY AS TO ARMED BANK ROBBERY, SKIP QUESTION 3 BUT ANSWER QUESTIONS 4 and 5.

3. On Count Two of the indictment charging Timothy Allen McNeal with simple (unarmed) Bank Robbery, we find the defendant:

    _____    _____
    Not Guilty        Guilty

4. Also under Count Two of the Indictment charging Timothy Allen McNeal with Forced Accompaniment During an Armed Bank Robbery, we find the defendant:

　　　_____　　　　___✗___
　　　Not Guilty　　　　　　Guilty

5. On Count Three of the Indictment charging Timothy Allen McNeal with knowingly:

   (a) using, possessing, or carrying a firearm during and in relation to the crime of violence charged in Count Two, we find the defendant:

　　　_____　　　　___✗___
　　　Not Guilty　　　　　　Guilty

   (b) brandishing a firearm during and in relation to the commission of crime of violence charged in Count Two, we find the defendant:

　　　_____　　　　___✗___
　　　Not Guilty　　　　　　Guilty

6. On Count Four of the Indictment charging Timothy Allen McNeal with Possession of a Firearm by a Prohibited Person (unlawful possession of a firearm), we find the defendant:

　　　_____　　　　___✗___
　　　Not Guilty　　　　　　Guilty

The foregoing constitutes the unanimous verdict of the jury.

2/26/2018　　　　　　SIGNATURE REDACTED
Date　　　　　　　　Foreperson

SIGNATURE REDACTED